UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Albert Clayton,
    Plaintiff,
V,

Doug Belden, Hillsborough County Tax Collector
Jackie Wilhelm, Tax Collectors manager, no. Tampa office
Carla Brown, supervisor, Tax Collector, Downtown Office,
Dawn B. Antinori, Assistant Director, Tax Collector
The City of Tampa.
A.C. Fitzpatric, Tampa Police Officer, impounding officer,
William O Rousseau, Tampa Police Officer, approving report,
Wayne Hutches, Police Officer, Author, case summary,
The Government of the State Of Florida, Dep. Of Motor Vehicle.
G&N Towing inc.,7610 n. Florida Ave.

8:03-CV-2573-T-24TBM
CASE NUMBER_____

**JURY TRIAL**

## COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS, FRAUD, RICO, DOMISTIC TERRORISM

THE PLAINTIFF SAYS HIS COMPLAINT IS:

1. The Defendants claim that the Plaintiff owes the towing company G&N Towing, and Recovery, 7610 n. Florida ave, $841.00, because of a truck that was sold to a Enrico Laquan Adams, of Mohlake Dr. Brandon fl., on or about July 202. Where Money and the Title were exchanged at the time.

2. On or about Sept. 1st., Enrico Laquan Adams was stopped by Tampa P.D., and Arrested for driving without a driving license and an un-registered vehicle.

3. According to the Police report, Enrich Laquan Adams had a Title, wich was seen By the Police, and he had a temporary REGISTRARION that had expired, which he Could not have obtained without showing absolute ownership.



4. Three Tampa Police Officers chose to ignore the current aculeate information

On hand, confirmed ownership with Adams family, and refused to allow them to pick

The vehicle, to prevent it from being impounded. Using the INACCURATE information

In their data base, rather than the Title document and the expired registration, they deliberately

Gave me Title to a vehicle the Plaintiff did not owne, commiting FRAUD against the Plaintiff

5.. The Defendants, Doug Belden and staff, failed to properly check the documents submitted

For filing, and refused to make any corrections, along with the State -Dmv and the Towing Co,

6.. The Plaintiff says, that the Tampa Police, G&n towing, Doug Belden, Jackie Wilhelm.

Dawn antinori, Carla Brown, The state of Florida-Dept. of Motor Vehicles, failed to Protect

The Plaintiff, under 42 U.S.C. 1883, where they conspired to do FRAUD under ____ u.s.c.

Giving the Plaintiff ownership to a vehicle he legally sold and the correct information is

Known to the Police, and subsquently is KNOWN to all defendants under 42 u.s.c.1986,

And they din nothing to stop and or prevent the irreparable harm and injury.

7.. the Plaintiff states that the defendants knew of the se violations, and continued

to perpetrate them, inflicting DOMESTIC TERROR on the Plaintiff, where the combination

of their activities, CONSPIRACY, FRAUD, RICO, KNOWLEDGE, FALSE STATEMENTS

FALSE REPORT DOCUMENTS, inflicted monumental injury and harm on the Plaintiff.

WHEREFORE the Plaintiff is seeking DAMAGES, PUNITIVE DAMAMGES, DISMISSAL

OF THE LEIN, AN IMMEDIATE ORDER TO ALLOW REGISTRATION OF THE Plaintiffs

Vehicle, and any other relief deemed right and just.

## JURISDICTION AND VENUE

1. Jurisdiction of the court exist pursuant to 28 u.s.c.section 1331, arising

under the laws and constitution of the United States. This complaint involve42 u.s.c. 1983, 1985,
1987, 1988
1986, 18 u.s.c. Fraud, Domestic Terrorism. 18 2331A, B, 182332 J, 182332 b
1001

2. Venue is in The United States District Court, Tampa division, because the Action took place in Hillsborough County, Tampa Florida, of this division of the Court.

### THE PARTIES

1. The Plaintiff is Albert Clayton, whose address is P.O.9855, Tampa Florida, 33674.

2. The Defendants are, Doug Belden, Tax Collector, Jackie Wilhelm a manager for Belden, Dawn Antinori, an asst. Director for Belden, Carla Brown a supervisor for Belden.

3. The City of Tampa

4. Police Officers of the City Of Tampa, William o Rousseau, Wayne Hutches Alica s. Fitzpatrick

5. G&N towing and recovery, 7610 n. Florida Ave

RESPECTFULLY SUBMITTED,

Albert Clayton
P.O. 9855 Tampa Florida, 33674
(813)-231-5917

I certify that a copy of the foregoing was sent to the Defendant by U.S. Mail on _____ 2003.

Albert Clayton